**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ANDREA GABRIELA ALARCON-LOPEZ, <br> *Petitioner* <br><br> v. <br><br> MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SAN ANTONIO FIELD OFFICE ENFORCEMENT AND REMOVAL OPERATIONS (ERO), WARDEN, SOUTH TEXAS ICE PROCESSING CENTER, <br> *Respondents* | § § § § § § § § § § § § § § § | Case No.  SA-26-CV-03498-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

The petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated June 15, 2026. Petitioner was released from detention in accordance with that Order. ECF No. 6.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this June 22, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE